

Michael E. Appelbaum | Partner
Direct 716.844.3452 | mappelbaum@goldbergsegalla.com

December 9, 2022

<u>**VIA PACER ELECTRONIC FILING**</u>

Honorable Judge Marian W. Payson
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

      **Re:**    *Jane Doe v. AR, et al.*
                *Case No. 6:21-cv-6353-FPG*

Dear Judge Payson:

    I am counsel for the Russells in the above matter. There have been recent and concerning developments in this matter since our failed mediation which we would like to bring to the Court's attention. The purpose of this letter is to request a conference with all counsel at your earliest convenience to discuss what has transpired and what, if anything, the Court can do to assist.

    Thank you for your courtesy and assistance.

                      Respectfully,

                      **GOLDBERG SEGALLA LLP**

                      Michael E. Appelbaum

MEA

cc:  All Counsel of Record

**Please send mail to our scanning center at:**

**OFFICE LOCATION** 665 Main Street, Buffalo, NY 14203-1425 | **PHONE** 716-566-5400 | **FAX** 716-566-5401 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
34906606.v1