UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

—————————————————————————

JANE DOE

                 Plaintiff,

        v.

AR, MICHAEL S. RUSSELL, ANDREA T. RUSSELL,
MJN, ROBERT G. NOVITSKY, ALICIA M.
NOVITSKY a/k/a ALICIA JEAN, TJH, TIMOTHY J.
HAY, SHANNON M. HAY, BA, LOUIS B.
APPLEBAUM, and JULIE D. APPLEBAUM,

                 Defendants.

—————————————————————————

**STIPULATION
AND ORDER TO
SEAL**

Case No.: 6:21-cv-06353
(FPG) (MWP)

      **WHEREAS**, Plaintiff Jane Doe brought this action under a pseudonym and, to date, no party has opposed; and

      **WHEREAS**, certain allegations in the complaint are alleged to have occurred when certain defendants ("Minor Defendants") were between the ages of thirteen and fifteen; and

      **WHEREAS**, one of the Minor Defendants' name is used in paragraph 35 of the Amended Complaint; and

      **WHEREAS**, the complaint names the Minor Defendants under pseudonyms to protect their identities; and

      **WHEREAS**, certain allegations in the complaint are alleged against the Minor Defendants' parents ("Parent Defendants"); and

      **WHEREAS**, the parties and their counsel ("Parties"), having taken into consideration the public interest and public policy factors associated with proceeding under

pseudonyms in this action, and for good cause, stipulate and agree, subject to approval by the Court, as follows:

1. Allowing the Parent Defendants to proceed under pseudonyms; and

2. The Court shall issue an order instructing the clerk of the Court to redact all of the defendants' names from this Order and all previous filings.

Dated:  Rochester, New York
        January 18, 2023

PHILLIPS LYTLE LLP

By:   /s/ Mark F. Pincelli
David L. Cook, Esq.
Mark F. Pincelli, Esq.
28 East Main Street
Rochester, NY 14614
585-238-2000
dcook@phillipslytle.com
mpincelli@phillipslytle.com
*Attorneys for Defendants BA, Louis Applebaum,*
*and Julie D. Applebaum*


WARD, GREENBERG, HELLER, & REIDY, LLP

By:   /s/ Scott R. Jennette
Scott R. Jennette, Esq.
1800 Bausch & Lomb Place
Rochester, NY 14604
585-454-0737
sjennette@wardgreenberg.com
*Attorneys for Defendants MJN,*
*Robert G. Novitsky, and Alicia*
*M. Novitsky*


THE RUSSELL FRIEDMAN LAW GROUP, LLP

By:   /s/ Charles Horn
Charles H. Horn, Esq.
400 Garden City Plaza, Suite 500

GOLDBERG SEGALLA, LLP

By:   /s/ Michael E. Applebaum
Michael E. Appelbaum, Esq.
665 Main Street, Suite 400
Buffalo, NY 14203
716-566-5400
mappelbaum@goldbergsegalla.com
*Attorney for Defendants AR, Michael S.*
*Russell, and Andrea T. Russell*


GANGULY BROTHERS PLLC

By:   /s/ Anjan K. Ganguly
Anjan K. Ganguly, Esq.
2024 W. Henrietta Road, Suite 3D
Rochester, NY 14623
585-232-7747
anjan@gangulylaw.com
*Attorney for Defendants TJH, Timothy J. Hay,*
*and Shannon M. Hay*

Garden City, NY 11530
(516) 714-5975
chorn@rfriedmanlaw.com
*Attorneys for Plaintiff Jane Doe*


SO ORDERED:


_____
HONORABLE MARIAN W. PAYSON
United States Magistrate Judge


Dated:   Rochester, New York
             January ___, 2023

3